**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10083-STA |
| DECARLOS DESEAN TAYLOR, ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on July 2, 2018, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, DeCarlos DeSean Taylor, appearing in person, and with counsel, Josh Morrowr.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 and Count 3 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, DECEMBER 4, 2018 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 2nd day of July, 2018.

                                                 s/ S. Thomas Anderson
                                               CHIEF JUDGE, U. S. DISTRICT COURT