IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,       *

          Plaintiff,    *

v.                    *     CR. NO.: 17-10083-STA

DECARLOS DESEAN TAYLOR,      *

          Defendant.    *
_____

**ORDER CONTINUING SENTENCING HEARING
ON COUNTS 1 AND 3 OF THE INDICTMENT AND
NOTICE OF RESETTING**
_____

IT APPEARING TO THIS COURT THAT upon the filed motion of Defendant, DeCarlos DeSean Taylor, for the entry of an Order continuing the Sentencing Hearing on Counts 1 and 3 of the Indictment, there being no opposition filed by the United States of America, and after considering the entire record in this case, it appears that this motion is well-taken and is, therefore, GRANTED.

IT IS HEREBY ORDERED that the SENTENCING HEARING on Counts 1 and 3 of the Indictment be CONTINUED until the 25th day of January 25, 2019.

IT IS SO ORDERED, this the 29th day of November, 2018.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE