IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) CR. NO. 1:17-10083-STA |
| DECARLOS DESEAN TAYLOR, | ) |
| Defendant. | ) |

---

## ORDER ON CHANGE OF PLEA
## AND NOTICE OF SETTING

---

This cause came to be heard on January 18, 2019, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, DeCarlos DeSean Taylor, appearing in person, and with counsel, Josh Morrow.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a conditional plea to Count 2 of the Superseding Indictment.

A basis in fact having been established, the Court accepted the conditional plea.

**SENTENCING** in this case is **SET** for **TUESDAY, APRIL 23, 2019 at 10:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 18th day of January, 2019.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT